Certificate Number: 05781-HI-DE-041347334

Bankruptcy Case Number: 26-00675

05781-HI-DE-041347334

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2026, at 11:02 o'clock PM PDT, Elena Leoni completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Hawaii.

Date: August 19, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President